UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-24858-CIV-MARTINEZ

JAMES WATSON,

    Plaintiff,

v.

ALI G. INC, D/B/A MONTCE,

    Defendant.
_____/

### ORDER APPROVING CONSENT DECREE

**THIS CAUSE** came before this Court upon the parties' Joint Motion for Approval and Entry of Consent Decree. (ECF No. 8.) After careful consideration, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion for Approval and Entry of Consent Decree, (ECF No. 8), is **GRANTED**. This Court has reviewed the parties' proposed Consent Decree, (ECF No. 8-1), and finds that the terms are fundamentally fair, adequate and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. Accordingly, the Consent Decree, (ECF No. 8-1), is **APPROVED** and **ENTERED**.

2. This action **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**.

3. This Court shall retain jurisdiction to enforce the Consent Decree.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of June, 2024.

                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record